UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SILVA, | |
| Plaintiff, | Case No. C19-1090-JCC |
| v. | ORDER |
| BENJAMIN SANDERS *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for review *de novo* (Dkt. No. 12) and Plaintiff's response (Dkt. No. 13) to the report and recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 10). Having thoroughly considered parties' filings, the report and recommendation, and the relevant record, the Court finds oral argument unnecessary and hereby issues the following order.

On July 12, 2019, Plaintiff filed his 28 U.S.C. § 1983 civil rights complaint. (*See* Dkt. No. 5.) In declining to serve Plaintiff's complaint, Judge Tsuchida concluded that Plaintiff failed to state a claim against Defendants and granted Plaintiff leave to amend his complaint by August 1, 2019. (Dkt. No. 6.) Instead of filing an amended complaint, Plaintiff objected to Judge Tsuchida's order and requested *de novo* review by the Court. (Dkt. No. 7.) The Court overruled Plaintiff's objections. (Dkt. No. 8.) Judge Tsuchida extended the deadline for Plaintiff to file an amended complaint to September 4, 2019. (Dkt. No. 9.)

ORDER
C19-1090-JCC
1

Instead of filing an amended complaint, Plaintiff again requested *de novo* review, summarily arguing that his complaint is already adequate and that the Court erred in ruling otherwise. (Dkt. No. 12.) The Court has already reviewed Plaintiff's objections to Judge Tsuchida's determination that the complaint is deficient. (*See* Dkt. No. 9) (overruling Plaintiff's objections). The present motion for *de novo* review (Dkt. No. 12) is therefore DENIED.

After Plaintiff failed to file an amended complaint by September 4, 2019, Judge Tsuchida conducted a thorough review of the record and relevant legal authority and now recommends that Plaintiff's complaint be dismissed without prejudice. (Dkt. No. 10.) Plaintiff submitted a response to the report and recommendation that did not object to its merits. (Dkt. No. 13.) Therefore, the Court hereby ORDERS that:

(1) The Report and Recommendation (Dkt. No. 10) is ADOPTED.

(2) Plaintiff's complaint is dismissed without prejudice (Dkt. No. 10); and

(2) The Clerk is directed to send a copy of this Order to Plaintiff.

DATED this 25th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE